# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FREDDIE KING,

  Plaintiff,         CASE NO. 07-15341
                  HON. LAWRENCE P. ZATKOFF
v.

CITY OF HIGHLAND PARK,
HEATHER HOLCOMB, Highland
Park Police Officer, RICHARD COOPER,
Highland Park Police Officer, JOHN DOES,
Highland Park Police Officers,

  Defendants.
_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of Magistrate Charles Binder filed on February 20, 2008. Magistrate Binder recommends that Plaintiff's Complaint, alleging violations of his civil rights pursuant to 42 U.S.C. § 1983, be dismissed *sua sponte* because it is barred by the Supreme Court's decision in *Heck v. Humphrey*, 512 U.S. 477 (1994). Plaintiff has not objected to the Report and Recommendation within the time frame set forth in 28 U.S.C. § 636(b)(1).

The Court has undertaken a thorough review of the court file, as well as the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of the Court. Accordingly,

IT IS ORDERED that Plaintiff's Complaint is HEREBY DISMISSED without prejudice.

IT IS SO ORDERED.


                        s/Lawrence P. Zatkoff
                        LAWRENCE P. ZATKOFF
                        UNITED STATES DISTRICT JUDGE

Dated: March 17, 2008

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 17, 2008.


                        s/Marie E. Verlinde
                        Case Manager
                        (810) 984-3290